**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00666-CV

————————————

## IN RE SAVANNA FAZZOLARI, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Savanna Fazzolari seeks mandamus relief concerning the trial court's refusal to grant ex parte relief relator requested in July 2025.[1] Relator also seeks emergency temporary relief compelling the trial court to rule on her July 29, 2025 emergency ex parte petition.

---

[1] The underlying case is *In the Interest of A.F. and N.F.,* cause number 17-DCV-246072, pending in the 505th District Court of Fort Bend County, Texas, the Honorable Kali Morgan presiding.

We deny relator's petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.